**EXHIBIT 1-a**