**EXHIBIT 1-C**